FILED 2014 JUN 18 PM 3:18
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGG THOMAS LETNER,<br><br>Defendant. | ED CR No. 14-00067 JGB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 111(a)(1), (b): Assaulting a Federal Officer with a Deadly or Dangerous Weapon; 18 U.S.C. § 113(a)(3): Assault with a Dangerous Weapon; 18 U.S.C. §§ 1791(a)(2), (b)(3): Possessing Weapon in Prison] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 111(a)(1), (b)]

On or about June 24, 2009, in San Bernardino County, within the Central District of California, defendant GREGG THOMAS LETNER intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victims G.W., B.W., H.M., E.A., K.F., M.L., and J.M., Federal Bureau of Prisons Correctional Officers, with a deadly and dangerous weapon, namely, a sharpened piece of metal, commonly referred to as a "shank," while victims

G.W., B.W., H.M., E.A., K.F., M.L., and J.M. were engaged in the performance of their official duties.

## COUNT TWO

[18 U.S.C. § 113(a)(3)]

On or about June 24, 2009, in San Bernardino County, within the Central District of California, and within the special maritime and territorial jurisdiction of the United States, namely, the United States Penitentiary at Victorville, California, defendant GREGG THOMAS LETNER intentionally assaulted victims G.W., B.W., H.M., E.A., K.F., M.L., and J.M. with the intent to do bodily harm, and in doing so, used a dangerous weapon, namely, a sharpened piece of metal, commonly referred to as a "shank."

COUNT THREE

[18 U.S.C. §§ 1791(a)(2), (b)(3)]

On or about June 24, 2009, in San Bernardino County, within the Central District of California, defendant GREGG THOMAS LETNER, an inmate in the United States Penitentiary at Victorville, California, knowingly possessed a prohibited object that was a weapon, namely, a sharpened piece of metal, commonly referred to as a "shank."

A TRUE BILL

/s/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

[signature]

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Office