# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number: ED CR14-00067 JGB
U.S.A. v. Gregg Thomas Letner
[✓] Indictment   [ ] Information

Defendant Number: 1
Year of Birth: 1964
Investigative agency (FBI, DEA, etc.): FBI

*FILED 2014 JUN 18 PM 3:17 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE BY:___*

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

### OFFENSE/VENUE

a. Offense charged as a:
- [ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
- [ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: June 24, 2009

c. County in which first offense occurred: San Bernardino County

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY
- [ ] Los Angeles   [ ] Ventura
- [ ] Orange   [ ] Santa Barbara
- [ ] Riverside   [ ] San Luis Obispo
- [✓] San Bernardino   [ ] Other _____

Citation of Offense: 18 U.S.C. §§ 111(a)(1), (b); 18 U.S.C. § 113(a)(3); 18 U.S.C. §§ 1791(a)(2), (b)(3)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes

IF YES   Case Number: N/A

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**   N/A

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: N/A
Case Number: N/A
Charging: N/A
N/A

The complaint:   [ ] is still pending
[ ] was dismissed on: N/A

### PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [ ] Yes
IF YES, provide, Name: N/A
Phone Number: N/A

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the N/A superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: N/A
Case Number: N/A

The superseded case:
[ ] is still pending before Judge/Magistrate Judge
N/A
[ ] was previously dismissed on   N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes    ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?    ☐ YES    ☑ NO
IF YES, list language and/or dialect:
N/A

### OTHER
☑ Male            ☐ Female
☑ U.S. Citizen    ☐ Alien
Alias Name(s)  N/A

This defendant is charged in:   ☑ All counts
☐ Only counts: ____
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☐ narcotics offenses             ☐ immigration offenses
☑ violent crimes/firearms        ☐ corporate fraud
☐ Other  N/A

### CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint:  N/A
b. Posted bond at complaint level on:  N/A
   in the amount of $ N/A
c. PSA supervision?   ☐ Yes   ☐ No
d. Is on bail or release from another district:
   N/A

Defendant is **in** custody:

a. Place of incarceration:   ☐ State   ☑ Federal
b. Name of Institution:  ADX, Florence, Colorado
c. If Federal: U.S. Marshal's Registration Number:
   BOP Register Number: 44089-061
d. ☐ Solely on this charge.  Date and time of arrest:
   N/A
e. On another conviction:   ☑ Yes   ☐ No
   IF YES:   ☐ State   ☑ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☑ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court:  N/A
Date transferred to federal custody:  N/A
This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ____ 20  ____ 21  ____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:  N/A

Date  06/18/2014

Signature of Assistant U.S. Attorney
Joseph B. Widman
Print Name