*Use this form if you are asking the court (not the BOP) for compassionate release from prison. Please make sure the form is typed or neatly written. Once you complete the form, mail it to the clerk of the United States District Court where you were sentenced.*

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 1 2021

CENTRAL DISTRICT ~ CALIFORNIA
EASTERN DIVISION

# UNITED STATES DISTRICT COURT
## FOR THE
### _____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

GREGG THOMAS, LETNER

Write your full name here.

Case No. _EDCR14-00067-JGB_

(write the number of your criminal case)

**MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release)**

(*Pro Se* Prisoner)

---

## NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☐ Yes

☑ No

If you answered yes, please list the documents in section IV of this form.

Page **1** of **6**

## I.     SENTENCE INFORMATION

Date of sentencing:                          04-15-2015

Term of imprisonment imposed:    09-14-2022

Approximate time served to date:    6 YEARS

Projected release date:                     01-23-2039

Length of Term of Supervised Release:    NONE


Have you filed an appeal in your case?

☐ Yes

☐ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes

☐ No

## II.     EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your behalf, or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the Bureau of Prisons related to your motion, including your written request to the Warden and records of any denial from the Bureau of Prisons.

---

[1] The requirements for this compassionate release motion being filed with the court differ from the requirements that you would use to submit a compassionate release request to the Bureau of Prisons. This form should only be used for a compassionate release motion made to the court. If you are submitting a compassionate release request to the Bureau of Prisons, please review and follow the Bureau of Prisons program statement.

Have you personally submitted your request for compassionate release to the Warden of the institution where you are incarcerated?

☑ Yes, I submitted a request for compassionate release to the warden on
_JUNE - 25 - 2020_

☐ No, I did not submit a request for compassionate release to the warden.

If no, explain why not:

_____

_____

Was your request denied by the Warden?

☐ Yes, my request was denied by the warden on (date):_____.

☑ No. I did not receive a response yet.

## III.   GROUNDS FOR RELEASE

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You may also attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

### A.  Are you 70 years old or older?

☐ Yes.

☑ No.

If you answered no, go to Section B below. You do not need to fill out Section A.

If you answered yes, you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. Please answer the following questions so the Court can determine if you are eligible for release under this section of the statute.

Have you served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which you are imprisoned?

☐ Yes.

☐ No.

Has the Director of the Bureau of Prisons determined that you are not a danger to the safety of any other person or the community?

☐ Yes.

☐ No.

B. **Do you believe there are other extraordinary and compelling reasons for your release?**

☑ Yes.

☐ No.

If you answered "Yes," please check all boxes that apply so the Court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i).

☑ I have been diagnosed with a terminal illness.

☑ I have a serious physical or medical condition; a serious functional or cognitive impairment; or deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition.

☐ I am 65 years old or older and I am experiencing a serious deterioration in physical or mental health because of the aging process.

☐ The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

☐ My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

☑ There are other extraordinary and compelling reasons for my release.

Please explain below the basis for your request. If there is additional information regarding any of these issues that you would like the Court to consider but which is confidential, you may include that information on a separate page, attach the page to this motion, and, in section IV below, request that that attachment be sealed.

I HAVE TERMINAL LUNG CANCER, I AM CURRENT HOUSE AT BUTNER, NC, FEDERAL MEDICAL CENTER P.O. BOX 1600 - 27509. THEY GAVE ME 6 MONTHS OF LIFE LEFT, THAT'S WHY I AM ASKING FOR THIS COMPASSIONATE RELEASE. THANK YOU 2) T. Letred 44089061.

## IV.   ATTACHMENTS AND REQUEST TO SEAL

Please list any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged but not required to complete the proposed release plan. A cover page for the submission of medical records and additional medical information is also included as an attachment to this motion. Again, you are not required to provide medical records and additional medical information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | | Request to seal? | |
|---|---|---|---|---|
| Proposed Release Plan | ☑ Yes | ☐ No | ☐ Yes | ☐ No |
| Additional medical information | ☐ Yes | ☑ No | ☐ Yes | ☐ No |
| | ☐ Yes | | ☐ Yes | ☐ No |
| | ☐ Yes | | ☐ Yes | ☐ No |

## V.    REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

☑ Yes

☐ No

## VI.    MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

_9-14-2021_
Date

_G.T. Letner_
Signature

_GREGG THOMAS. LETNER_
Name

_4408906l_
Bureau of Prisons Register #

_FEDERAL MEDICAL CENTER P.O. BOX 1600 BUTNER, NC,_
Bureau of Prisons Facility

_P.O. BOX 1600 BUTNER, NC 27509_
Institution's Address

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## UNITED STATES DISTRICT COURT
### FOR THE
_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Case No. *EDCR14-00067-JGB*

(write the number of your criminal case)

GREGG THOMAS, LETNER

Write your full name here.

### MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

☐ Yes

☑ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will assist the U.S. Probation and Pretrial Services Office to prepare for your release if your motion is granted.

### A. Housing and Employment

Provide the full address where you intend to reside if you are released from prison:

WIFE HOUSE ADDRESS 5070 SCHROEDER, RD
TROTWOOD OHIO 45417

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison:

EVA LETNER     (937) 301-9755

Provide the names (if under the age of 18, please use their initials only), ages, and relationship to you of any other residents living at the above listed address:

J.L, I.L, ANGEL LETNER, JUSTIN LETNER

If you have employment secured, provide the name and address of your employer and describe your job duties:

NONE

List any additional housing or employment resources available to you:

NONE

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

Are you currently prescribed medication in the facility where you are incarcerated?

☑ Yes

☐ No

If yes, list all prescribed medication, dosage, and frequency:

_____

_____

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☑ Yes

☐ No

If yes, list equipment:

_WHEEL CHAIR_____

_____

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes

☑ No

If yes, please list the required assistance and how it will be provided:

_____

_____

Do you require assisted living?

☐ Yes

☑ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

Are you currently prescribed medication in the facility where you are incarcerated?

☑ Yes

☐ No

If yes, list all prescribed medication, dosage, and frequency:

_____

_____

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☑ Yes

☐ No

If yes, list equipment:

_____ WHEELCHAIR _____

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes

☑ No

If yes, please list the required assistance and how it will be provided:

_____

_____

Do you require assisted living?

☐ Yes

☑ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

If yes, please provide address of the anticipated home or facility and the source of funding to pay for it.

_____

_____

Are the people you are proposing to reside with aware of your medical needs?

☑ Yes

☐ No

Do you have other community support that can assist with your medical needs?

☑ Yes

☐ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use their initials only:

_JUSTIN LETNER, JACOB LETNER, CHAD LETNER_

_____

Will you have transportation to and from your medical appointments?

☑ Yes

☐ No

Describe method of transportation:

_WIFE_

_____

_____

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

UNITED STATES DISTRICT COURT

FOR THE

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Case No. _EDCR14-00067-JGB_

(write the number of your criminal case)

GREGG THOMAS, LETNER

Write your full name here.

PROPOSED RELEASE PLAN
In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☐ Yes

☑ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

9-14-2021
_____
Date

ØT Letner
_____
Signature

GREGG THOMAS, LETNER
_____
Name

44089061
_____
Bureau of Prisons Register #

FEDERAL MEDICAL CENTER  P.O. BOX 1600  BUTNER NC 27509
_____
Bureau of Prisons Facility

FEDERAL MEDICAL CENTER  P.O. BOX 1600  BUTNER NC 27509
_____
Institution's Address

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION

To the extent you have medical records or additional medical information that support your motion for compassionate release, please attach those records or that information to this document.

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

9-14-2021
**Date**

*G. T. Letner*
**Signature**

GREGG THOMAS, LETNER
**Name**

44089061
**Bureau of Prisons Register #**

FEDERAL MEDICAL CENTER 1600 P.O. BOX BUTNER NC 27509
**Bureau of Prisons Facility**

FEDERAL MEDICAL CENTER P.O. BOX 1600 BUTNER, NC. 27509
**Institution's Address**

12/15/2020 3:15:04 PM -0700 FAXCOM                                    PAGE 2   OF 3

# PET CT SKULL BASE TO MID THIGH

St. Mary-Corwin
Medical Center

**Letner, Gregg T** 44089-061
MRN: CEUE01113584, Gender Identity: Male, 4/18/1964 (56 yrs), Outpatient
Accession #: NM202012150691

## Final Result

EXAMINATION: PET CT SKULL BASE TO MID THIGH on 12/15/2020.

INDICATION: 56-year-old male. STAGE 3 POORLY
DIFFERENTIATED
ADENOCARCINOMA IN SPICULATED MASS OF RIGHT UPPER
LOBE. Monitoring.
History of right upper lobectomy.

COMPARISON: Report of outside PET/CT 9/5/2019. PET CT scan
10/15/2018.

RADIOPHARMACEUTICAL: 13.3 mCi F-18-Fluoro-2-Deoxy-D-
Glucose (FDG) IV

PROCEDURE: Immediately prior to radionuclide injection, blood
glucose
was measured by fingerstick and was 107 mg/dL

Approximately one hour status post radionuclide administration, PET
and helical CT of the body from the skull apex to the proximal thighs
were obtained and fusion images were reconstructed in the axial,
coronal and sagittal views. Noncontrast CT images were performed for
attenuation correction and localization purposes only; these do not
constitute a diagnostic quality CT examination. Maximal intensity
projection (MIP) image were also generated.

PET FINDINGS:
Interval development of extensive hypermetabolic bilateral right
greater than left cervical lymphadenopathy. For instance, there is a
right level 3 hypermetabolic lymph node on axial series image 76
measuring approximately 1 cm with a maximum SUV of 4.
Hypermetabolic
level 6 and bilateral level 4 nodal conglomerates, are present with
largest nodal conglomerate measuring 5 x 3.5 cm on the right with a
maximum SUV of 7.

Interval development of extensive enlarged hypermetabolic mediastinal
and right hilar lymph nodes. For instance, there is a upper right
pretracheal hypermetabolic node measuring 3.5 x 3.2 cm on image 112
with a maximum SUV of 5. There is a hypermetabolic subcarinal lymph
node measuring 3.5 x 2 cm with a maximum SUV of 5.1.

In the medial right upper lobe, there are 2 adjacent mildly
hypermetabolic lung nodules measuring up to 1 cm on images 109 and
113, maximum SUV of 2.

CT FINDINGS:
Head and neck: Hypermetabolic lymphadenopathy as described above.

## Appointment Info

Exam Date
📅 12/15/2020

Department
St. Mary-Corwin Medical Center PET
Imaging
📞 719-557-4000
📍 1008 Minnequa Ave
   PUEBLO CO 81004

## Reasons for Exam

STAGE 3 POORLY DIFFERENTIATED
ADENOCARCINOMA IN SPICULATED
MASS OF RIGHT UPPER LOBE
Other - See Comments

## Diagnosis

Adenocarcinoma of right lung, stage 3
(CMS/HCC)

## Providers

PCP
None Given Pcp
📞 No number on file
📍 No address on file

Ordering Provider
William Resto-Rivera, MD
📞 719-784-9454
📍 5880 State Highway 67 South
   Florence CO 81226-1226

United States Penitentiary
Administrative Maximum (ADX)
Health Services Department
5880 State Highway 67 South
Florence, CO 81226

Letner, Gregg
44089-061

Stable sclerosis of right mastoid air cells. Otherwise unremarkable.

Lungs and pleura: Postoperative changes present from right lung
resection. Right lobe lung nodules as described above. Left lung
granuloma present. No consolidation, effusion, or pneumothorax.

Thyroid: Unremarkable.

Heart and pericardium: Unremarkable.

Mediastinum, Hilum and Vascular structures: Hypermetabolic
mediastinal
and right hilar lymphadenopathy as described above. Otherwise
unremarkable.

Liver: Unremarkable.

Gallbladder and ducts: Unremarkable.

Spleen: Splenic granulomas present. Otherwise unremarkable.

Pancreas: Unremarkable.

Adrenal glands: Unremarkable.

Kidneys: Unremarkable.

GI Tract: Unremarkable.

Retroperitoneum and mesentery: Unremarkable.

Reproductive organs: Unremarkable.

Urinary bladder: Unremarkable.

Bones and Soft tissue: Symmetric appearing gynecomastia. Mild
degenerative changes present in the spine.

IMPRESSION:
Interval development of hypermetabolic lymphadenopathy as described
extending from the lower cervical region into the mediastinum and
right hilum. Tissue sampling may be of benefit.

Hypermetabolic right upper lobe lung nodules.

WS: CEPUBSMC-IMG570
DICTATED BY: Jain, Raj     Date: 12/15/2020 14:31 MT
TRANSCRIBED DATE: 12/15/2020 14:31 MT

Signed by Raj Anand Jain, MD on 12/15/2020  3:11 PM

United States Penitentiary
Administrative Maximum (ADX)
Health Services Department
5880 State Highway 67 South
Florence, CO 81226

Gregg T. Lehman

#44089061

FEDERAL MEDICAL CENTER

P.O. Box 1600

BUTNER, NC 27509





JGB



US District Court

Central District of California

3470 Twelfth street

Riverside, CA

92501-3801



