UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCR 14-00067 JGB-1 | Date | September 19, 2022 |
| Title | United States of America v. Letner | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order (1) DENYING AS MOOT Defendant's Motion for Compassionate Release (Dkt. No. 30); and (2) VACATING the October 17, 2022 Hearing (IN CHAMBERS)

Before the Court is a motion for compassionate release filed by Defendant Gregg Thomas Letner. ("Motion," Dkt. No. 30.) The Court recently set a briefing schedule and hearing date of October 17, 2022, for the Motion. (Dkt. No. 31.) In its response to the Motion, the government informed the Court that, tragically, Mr. Letner died late last year. ("Response," Dkt. No. 32.) The government attached his death certificate, which was issued on November 7, 2021, in Durham County, North Carolina. (Id., Ex. 1; see also Response at 1.) The Court finds no reason to question its authenticity. Therefore, in view of Mr. Letner's death, the Court must **DENY AS MOOT** his Motion. The hearing on October 17, 2022, is **VACATED**.

**IT IS SO ORDERED.**

cc:   brianna_mircheff@fd.org
   cac_appointments@fd.org